UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**ERIC JOSEPH NORDQUIST,**

    Petitioner,

v.                                          Case No. 3:24cv285-MCR/MAF

**JOHN POLISKNOWSKI, et al.,**

    Respondents.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on February 14, 2025. ECF No. 20. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant 28 U.S.C. § 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Report and Recommendation, ECF No. 20, is adopted and incorporated by reference in this order.

2. The Respondent's Motion to Dismiss, ECF No. 19, is GRANTED and the petition for writ of habeas corpus, ECF No. 1, is **DISMISSED as moot**.

3.  A certificate of appealability is **DENIED** and leave to appeal in forma pauperis is also **DENIED**.

**DONE AND ORDERED** this 25th day of April 2025.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**